**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Melissa A. Hoffman                      CHAPTER 13

                       Debtor(s)

                                                    BKY. NO. 20-22760 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ Brian C. Nicholas
                                         Brian Nicholas
                                         07 Oct 2020, 10:40:19, EDT

                                         Brian C. Nicholas, Esquire
                                         Attorney I.D. No. 317240
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         bkgroup@kmllawgroup.com