Certificate Number: 14424-PAW-DE-034986224

Bankruptcy Case Number: 20-22760



14424-PAW-DE-034986224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2020, at 1:25 o'clock PM EDT, Melissa A Hoffman completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 15, 2020                By:      /s/Mabelyn Ramirez

Name:   Mabelyn Ramirez

Title:   Instructor