FILED
1/6/21 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR# 040692863

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-22760-GLT |
| MELISSA A. HOFFMAN, | CHAPTER NO. 13 |
| Debtor, | Related to Dkt. Nos: 12, 26 |
| | Conciliation: March 25, 2021 at 11:00 a.m. |
| FORD MOTOR CREDIT COMPANY, LLC, | |
| Creditor, | |
| MELISSA A. HOFFMAN, Debtor, | |
| RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

**STIPULATION AS TO THE TREATMENT OF
FORD MOTOR CREDIT COMPANY, LLC'S SECURED CLAIM (CLAIM NO. 6)**

NOW this 6th day of January 2021, upon agreement of the parties; it is

ORDERED, ADJUDGED AND DECREED:

1. That with regard to the Debtor's 2020 Ford Escape, VIN: 1FMCU9H9XLUA08527, Ford Motor Credit Company, LLC is deemed to have a fully secured claim in the amount of $36,509.64, with pre-petition arrears in the amount of $697.50 and will not be subject to any attempt by the Debtor to cram down the claim.

2. That the secured claim of Ford Motor Credit Company, LLC shall be paid with interest at 4.00%.

Honorable Gregory L Taddonio **jah**
United States Bankruptcy Judge

| /s/ Garry Masterson | /s/ Brian C Thompson | /s/ James Warmbrodt |
|---|---|---|
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J Winnecour |
| Garry Masterson | Brian C Thompson | 600 Grant Street |
| 965 Keynote Circle | 125 Warrendale Bayne Road | Suite 3250 |
| Brooklyn Heights, OH 44131 | Suite 200 | Pittsburgh, PA 15219 |
| | Warrendale, PA 15086 | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22760-GLT |
| Melissa A. Hoffman | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 1 |
| Date Rcvd: Jan 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Village Capital & Investment LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5