# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Melissa A. Hoffman, | : | Bankruptcy Case No.: 20-22760-GLT |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Melissa A. Hoffman, | : | |
| | : | Document No.: 67 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related Claim:  7 |
| Planet Home Lending, LLC, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on September 18, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing Chapter 13 Plan is sufficiently funded to provide for the proposed change for November 1, 2023.

Respectfully Submitted,

Date:  October 2, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com