FILED
10/12/23 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR#040692863

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 20-22760-GLT |
| | ) | |
| Melissa A Hoffman | ) | CHAPTER NO. 13 |
|         Debtor. | ) | |
| | ) | |
| Ford Motor Credit Company, LLC | ) | Related to Doc. No.: 62, 63, 66 & 71 |
| | ) | |
|         Movant. | ) | |
| Melissa A Hoffman | ) | |
|         Respondent | ) | |

**ORDER ON MOTION TO REQUEST CONTINUED HEARING**
**DATE WITH CONCURRENCE**

This cause came on for hearing this  12th Day of October , 2023, upon consideration of the foregoing request to continue the hearing to November 15, 2023 at 09:00 A.M. with concurrence, said request is hereby approved and SO ORDERED. The hearing scheduled on the Motion for Relief From Stay filed by Ford Motor Credit Company [Dkt. No. 62] set for 10/18/2023 at 9:30 AM is Continued to 11/15/2023 at 9:00 AM  via P01 Courtroom A, 54th Floor, Pittsburgh.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Melissa A. Hoffman  
    Debtor

Case No. 20-22760-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Oct 12, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Village Capital & Investment LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Planet Home Lending LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 12, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 7