FILED
10/31/23 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-22760-GLT |
| **MELISSA A. HOFFMAN**, | : | Chapter 13 |
| *Debtor.* | : | |
| **THOMPSON LAW GROUP, P.C.**, | : | Related to Dkt. No. 73 |
| *Applicant,* | : | |
| v. | : | |
| (No Respondent) | : | |

## ORDER APPROVING FEE APPLICATION AS MODIFIED

This matter came before the Court upon the *Application of Thompson Law Group, P.C. for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtor* [Dkt. No. 73]. The *Application* requests approval of compensation in the amount of $8,062.56 for services rendered on behalf of the Debtor for the period between August 17, 2020 through October 13, 2023, including $7,920 in attorney fees and $142.56 in costs. No timely objection to the *Application* was filed.

Upon careful review of the *Application*, the Court found that the attached itemization erroneously records charges for preparation and attendance of a conciliation conference that did not occur. Although a conciliation conference was scheduled for October 5, 2023 following the filing of an amended plan [Dkt. No. 60], the amended plan was withdrawn before a conciliation could occur [Dkt. No. 65]. The erroneous charges amount to an additional $210 that must be reduced from the total amount of attorney fees requested. After adjusting for

these charges, the Court calculates that the amount of compensation requested should be $7,852.56, representing $7,710 in fees and $142.56 in costs.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Application* is **APPROVED** as modified, for the total amount of **$7,852.56** for services rendered on behalf of the Debtors for the period of August 17, 2020 through October 13, 2023, representing $7,710 in fees and $142.56 in costs.

The Clerk shall record the total award of compensation in the amount of $7,852.56.

Dated: October 31, 2023

                                         cgr
                        **GREGORY L. TADDONIO**
                        **CHIEF UNITED STATES BANKRUPTCY JUDGE**

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22760-GLT

Melissa A. Hoffman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Village Capital & Investment LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Planet Home Lending LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 31, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 7