WWR#040692863

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/31/23 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>Melissa A. Hoffman<br>　　　　　　　　　Debtor | CASE NO. 20-22760-GLT<br><br>CHAPTER 13 |
| Ford Motor Credit Company, LLC<br>　　　　　　　　　Movant | Related to Document Number: 62, 63, 66, 71 & 77 |
| Melissa A. Hoffman<br>　　　　　　　　　Respondent/Debtor | |
| Ronda J. Winnecour, Standing Trustee<br>Additional Respondent | |

### ORDER ON MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY WITHOUT PREJUDICE

　　　This cause came on for hearing this _31st Day of October_, 2023, in said District, upon the Motion of Ford Motor Credit Company, LLC to Withdraw its Motion for Relief from Automatic Stay without prejudice. Upon statements of counsel, the evidence and law:

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to withdraw its Motion for Relief from Automatic Stay without prejudice filed on 09/13/2023 is hereby granted.

　　　It is further ORDERED AND DECREED that Movant's Motion for Relief from Automatic Stay is hereby withdrawn.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Gregory L. Taddonio
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22760-GLT |
| Melissa A. Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Village Capital & Investment LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Planet Home Lending LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 31, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 7