# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Melissa A. Hoffman, | Bankruptcy No.: 20-22760-GLT |
| Debtor. | Chapter 13 |
| _____ | Document No.: |
| Melissa A. Hoffman, | Related to Document No.: |
| Movant, | |
| v. | |
| No Respondents, | |
| Respondent. | |

## NOTICE OF CHANGE OF DEBTOR'S NAME

Previous Name:

    Debtor Maiden Name:        Melissa A. Hoffman

New Name:

    Debtor's Married Name:      Melissa A. Weydener

Date: May 10, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com