FILED
9/26/24 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Melissa A. Hoffman,

Case No. 20-22760-GLT

Chapter 13

Debtor.   Related to Docket No. 94

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑   a motion to dismiss case or certificate of default requesting dismissal

- ❑   a plan modification sought by: _____

- ❑   a motion to lift stay
      as to creditor _____

- ☒   Other:   Notice of Mortgage Payment Change filed by Planet Home
              Lending, LLC at claim number 7.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated September 13, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒   Debtor(s) Plan payments shall be changed from $1,524.00 to $2,331.00 per month, effective 10/2024; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                            -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _26th Day of September, 2024

Dated: _September 26, 2024

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22760-GLT

Melissa A. Hoffman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Sep 26, 2024     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |
| 15291772 | Capital One Bank USA NA, Richmond, VA 23285 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 00:54:49 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:43:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291771 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2024 23:59:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 15311234 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 27 2024 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15291773 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:04:34 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 15295728 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:24:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15291774 | | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2024 00:01:00 | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |
| 15291775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Bank/New York & Company, PO Box 182125, Columbus, OH 43218-2125 |
| 15291776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15291777 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2024 00:26:24 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15291778 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15291780 | | Email/Text: BNSFN@capitalsvcs.com | Sep 27 2024 00:00:00 | First National Credit Card CMC, 500 E 60th ST N, Sioux Falls, SD 57104 |
| 15291781 | | Email/Text: BNSFS@capitalsvcs.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 27 2024 00:00:00 | First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15291782 | + | Email/Text: EBNBKNOT@ford.com | Sep 27 2024 00:01:00 | FMC - Omaha Service Center, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15629377 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2024 00:01:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15291779 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 27 2024 00:01:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15291783 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 15291784 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:00:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15291785 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2024 00:03:48 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15295251 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:03:18 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15291786 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:03:06 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15551668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15625263 | + | Email/Text: BKMAIL@planethomelending.com | Sep 27 2024 00:00:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15298432 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2024 00:01:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15291787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:05 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15291788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:54 | SYNCB/sams club DC, 4125 Windwar Plaza, Alpharetta, GA 30005-8738 |
| 15291789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:03:40 | Syncb/WalMart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15315389 | ^ | MEBN | Sep 26 2024 23:51:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15292485 | ^ | MEBN | Sep 26 2024 23:51:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15308438 | + | Email/Text: bncmail@w-legal.com | Sep 27 2024 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15291790 | | Email/Text: bncmail@w-legal.com | Sep 27 2024 00:01:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15291791 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 27 2024 00:01:00 | US Deptartment of Education/GLELSI, PO box 7860, Madison, WI 53707-7860 |
| 15307409 | | Email/Text: bk@villagecapital.com | Sep 27 2024 00:00:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Planet Home Lending, LLC |
| cr | | Village Capital & Investment, LLC |
| 15291792 | ##+ | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com |
| Joshua I. Goldman | on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8