**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Melissa A. Hoffman, | : | Bankruptcy Case No.: 20-22760-GLT |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Melissa A. Hoffman, | : | |
| | : | Document No.: 99 |
| Movant, | : | |
| | : | Related to Document No.: 98 |
| v. | : | |
| | : | Related Claim:  7 |
| Planet Home Lending, LLC, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on December 20, 2024, on the interested parties listed below:

Jason Seals
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
*Authorized Agent for Creditor*

Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222


Date:  December 20, 2024          By:/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com