# IN THE UITED STATES BANKRUPCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: ) | |
| MELISSA A. HOFFMAN, ) | CHAPTER 13 |
| *NKA* MELISSA A. WEYDENER ) | CASE NO.: 20-22760-GLT |
| ) | |
| DEBTOR. ) | JUDGE GREGORY L. TADDONIO |
| ) | |
| PLANET HOME LENDING, LLC, ) | |
| ) | |
| MOVANT. ) | |
| ) | |
| MELISSA A. HOFFMAN, DEBTOR, AND ) | |
| RONDA J. WINNECOUR., TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Planet Home Lending, LLC, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 18th day of July 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th day of July 2025.

*DEBTOR*
MELISSA A. HOFFMAN
202 WYLIE AVENUE
STRABANE, PA 15363

*ATTORNEYS FOR DEBTOR*
BRIAN C. THOMPSON
THOMPSON LAW GROUP , PC
301 SMITH DRIVE
SUITE 6
CRANBERRY TOWNSHIP, PA 16066
BTHOMPSON@THOMPSONATTORNEY.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*