Case 20-22760-GLT   Doc 115   Filed 08/27/25   Entered 08/27/25 16:00:29   Desc Main
Document      Page 1 of 1

FILED
8/27/25 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22760-GLT |
| | : | Chapter: | 13 |
| Melissa A. Hoffman | : | | |
| | : | | |
| | : | Date: | 8/27/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #108 - Motion to Void Notice of Mortgage Payment Change
[Response due 7/26/2025]
#114 - Response to Motion to Void Notice of Mortgage Payment Change by Planet Home Lending, LLC

**APPEARANCES**:
Debtor:   Brian C. Thompson
Trustee:   Ronda J. Winnecour
Creditor:   Joshua Goldman

[10:21]
**NOTES:**
Thompson: We tried to resolve this informally last year. Even though there was an amended NMPC, there was a gap period that was creating a higher base balance for them. We were unable to get a stipulation.

Goldman: We may have had some potential resolution options. An email was circulated with two options, either withdrawing the NMPC or entering an order.

Thompson: We're satisfied with whatever satisfies the trustee.

Winnecour: An amended chapter 13 plan was to be confirmed after the March 20, 2025 conciliation, but an order never entered.

Court: A proposed confirmation order was never docketed.

**OUTCOME:**

1.   For the reasons stated on the record at the August 27, 2025 hearing, the chapter 13 trustee shall conduct a conciliation conference on September 4, 2025 at 1:30 p.m. at which time counsel for the Debtor and Planet Home Lending, LLC shall appear to discuss language for an agreeable Court order that will resolve the current motion . [Text Order]

2.   For the reasons stated on the record at the August 27, 2025 hearing, the hearing on the *Debtor's Motion to Void Notice of Mortgage Payment Change* [Dkt. No. 108] is continued to October 6, 2025 at 9 a.m. To the extent the parties reach a resolution, a proposed consent order shall be submitted under a Certification of Counsel on or before September 19, 2025. [Text Order]

**DATED:**  8/27/2025