Certificate Number: 12433-PAW-DE-040031140

Bankruptcy Case Number: 20-22760



12433-PAW-DE-040031140

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2025, at 3:43 o'clock PM EDT, Melissa A. Weydener completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 28, 2025             By:   /s/Lisa Susoev

                                    Name:  Lisa Susoev

                                    Title:  Teacher