Certificate Number: 12433-PAW-DE-040049342

Bankruptcy Case Number: 20-22760



12433-PAW-DE-040049342

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on August 28, 2025, at 3:43 o'clock PM EDT, Melissa A. Hoffman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 3, 2025           By:   /s/Loren Bailey Roberts

Name:  Loren Bailey Roberts

Title:  Teacher