# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

09/16/2025

IN RE:

MELISSA A. HOFFMAN
202 WYLIE AVENUE
STRABANE, PA 15363
XXX-XX-8338          Debtor(s)

Case No. 20-22760 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/16/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 4987 |
| PO BOX 41021 | | | |
| | CLAIM: 0.00 | | |
| NORFOLK, VA 23541 | COMMENT: AMAZON/PRAE | | |

| | | | |
|---|---|---|---|
| **FORD MOTOR CREDIT CO LLC(\*)** | Trustee Claim Number:2 | INT %: 4.00% | CRED DESC: VEHICLE |
| PO BOX 650004 | Court Claim Number:6-2 | | ACCOUNT NO.: 0575 |
| | CLAIM: 30,991.81 | | |
| DALLAS, TX 75265-0004 | COMMENT: 36509.64-CL@4%/STIP OE-PL\*AMD\*COA-DOC 97\*SURR/AMD PL | | |

| | | | |
|---|---|---|---|
| **PLANET HOME LENDING LLC** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 321 RESEARCH PARKWAY STE 303 | Court Claim Number:7 | | ACCOUNT NO.: 3395 |
| | CLAIM: 0.00 | | |
| MERIDEN, CT 06450 | COMMENT: PMT/DECL\*DKT4PMT-LMT\*BGN 10/20\*FR VILLAGE CAP-DOC 57\*DK | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:9 | | ACCOUNT NO.: 5766 |
| | CLAIM: 539.89 | | |
| WILMINGTON, DE 19886-5102 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:2 | | ACCOUNT NO.: 7869 |
| | CLAIM: 2,337.25 | | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| CHARLOTTE, NC 28269 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| CHARLOTTE, NC 28269 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CLEARVIEW FCU\*\*** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:3 | | ACCOUNT NO.: 0327 |
| | CLAIM: 2,300.00 | | |
| MOON TWP, PA 15108-4212 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CLEARVIEW FCU\*\*** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:4 | | ACCOUNT NO.: 9474 |
| | CLAIM: 1,496.60 | | |
| MOON TWP, PA 15108-4212 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~NY AND CO/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:11   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~VCTR SCRT/SCH | |

| | | |
|---|---|---|
| **CREDIT ONE BANK** | Trustee Claim Number:12   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 98872 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193-8872 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CREDIT ONE BANK** | Trustee Claim Number:13   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 98872 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193-8872 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:14   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 3025 | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **WEBBANK-FINGERHUT** | Trustee Claim Number:15   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6250 RIDGEWOOD RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ST CLOUD, MN  56303 | COMMENT: | |

| | | |
|---|---|---|
| **FNCC++** | Trustee Claim Number:16   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 E 60TH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57104 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **FIRST SAVINGS CREDIT CARD** | Trustee Claim Number:17   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5019 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:18   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.:  0910 |
| PO BOX 2489 | CLAIM:  300.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CELTIC BANK/INDIGO*ACCT OPEN 8/13/20~NO PAYMENT | |

| | | |
|---|---|---|
| **KOHLS++** | Trustee Claim Number:19   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2983 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MILWAUKEE, WI  53201-2983 | COMMENT:  NT ADR~CAP 1/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:20   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number: | ACCOUNT NO.: |
| POB 10368 | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC (*)** | Trustee Claim Number:21   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:1 | ACCOUNT NO.: 6012 |
| | CLAIM: 9,787.07 | |
| EVANSVILLE, IN  47731-3251 | COMMENT: SIGNED@SEAL 8/26/19 | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT P** | Trustee Claim Number:22   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.: 1382 |
| | CLAIM: 926.75 | |
| NORFOLK, VA  23541 | COMMENT: NO ACCT~PPC/SCH*SYNCHRONY-DOC 54 | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:23   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~NO$~SAMS CLUB/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:24   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: NT ADR~NO$~WALMART/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:25   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:8 | ACCOUNT NO.: 8229 |
| PO BOX 93024 | CLAIM: 1,248.39 | |
| LAS VEGAS, NV  89193-3024 | COMMENT: TARGET | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:26   INT %: 0.00% | CRED DESC: UNSECURED   (S) |
| C/O GREAT LAKES HIGHER EDUCATION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 7860 | CLAIM: 0.00 | |
| MADISON, WI  53707 | COMMENT: PMT/CONF@SPECIAL CLASS*41.58x(60+2)=LMT | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:27   INT %: 0.00% | CRED DESC: UNSECURED   (S) |
| C/O GREAT LAKES HIGHER EDUCATION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 7860 | CLAIM: 0.00 | |
| MADISON, WI  53707 | COMMENT: PMT/CONF@SPECIAL CLASS*0.62x(60+2)=LMT | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:28   INT %: 0.00% | CRED DESC: UNSECURED   (S) |
| C/O GREAT LAKES HIGHER EDUCATION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 7860 | CLAIM: 0.00 | |
| MADISON, WI  53707 | COMMENT: PMT/CONF@SPECIAL CLASS*5.11x(60+2)=LMT | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:29   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: VILLAGE CPTL AND INVESMENT/PRAE | |

| | | |
|---|---|---|
| **PLANET HOME LENDING LLC** | Trustee Claim Number:30   INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 321 RESEARCH PARKWAY STE 303 | Court Claim Number:7 | ACCOUNT NO.: 3395 |
| | CLAIM: 12.64 | |
| MERIDEN, CT  06450 | COMMENT: $/CL-PL*THRU 9/20*FR VILLAGE CAP-DOC 57 | |

**CLAIM RECORDS**

| PADGETT LAW GROUP | Trustee Claim Number:31   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 6267 OLD WATER OAK RD STE 203 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| TALLAHASSEE, FL 32312 | COMMENT: PLANET HOME LNDNG/PRAE | |

| FORD MOTOR CREDIT CO LLC** | Trustee Claim Number:32   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: /PRAE | |