FILED
9/29/25 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Melissa A. Hoffman, | : | Bankruptcy Case No.: 20-22760-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Melissa A. Hoffman, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 108 |
| v. | : | |
| | : | Related Claim No.:  7 |
| Planet Home Lending, LLC, | : | |
| | : | |
| Respondent. | : | |

## CONSENT ORDER OF COURT

WHEREAS, on August 30, 2024, Respondent filed a Notice of Mortgage Payment Change at Claim No. 7.

WHERAS, on July 9, 2025, Debtor filed Motion to Void Notice of Mortgage Payment Change at Document No. 108.

WHEREAS, on July 23, 2025, Respondent filed Response to Motion to Void Notice of Mortgage Payment Change at Document No. 114.

WHEREAS, on August 27, 2025, a hearing was held regarding the Motion to Void Notice of Mortgage Payment Change, and a Text Order was entered at Document No. 117.

It is hereby ORDERED and DECREED as follows:

1. The Notice of Mortgage Payment Change filed on August 30, 2024, at Claim No. 7 is withdrawn as MOOT.

2. Respondent is making changes to reflect the ongoing payment to accurately account for the amounts owed after the voiding the Notice of Payment Change.

3. The Trustee is holding funds on reserve to be paid to Respondent that will bring Debtor current with her mortgage payment and arrears as of the date of the entry of this Order. Upon receipt of the updated payment history from Respondent, the Trustee will make a payment to Respondent to bring Debtor post-petition current.

4. Once funds are paid to Respondent, Respondent will provide an updated payment history within 30 days.

5. The *Motion to Void Notice of Mortgage Payment Change* [Dkt. No. 108] is hereby resolved and the October 6, 2025 hearing is cancelled.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

CONSENTED BY:

/s/*Brian C. Thompson*, Esquire
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

/s/*Joshua Goldman*, Esquire
Joshua I. Godlman, Esquire
Attorney for Creditor
PA I.D. No. 205047
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520
josh.goldman@padgettlawgroup.com

*/s/Ronda J. Winnecour*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22760-GLT |
| Melissa A. Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com |
| Joshua I. Goldman | on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                                 User: auto                                         Page 2 of 2
Date Rcvd: Sep 29, 2025                              Form ID: pdf900                                    Total Noticed: 1

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 8