FILED
10/24/25 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-22760-GLT |
| | ) | |
| Melissa A. Hoffman, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No.  132 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | November 5, 2025 at 10:30 a.m. |
| | ) | |
| No Respondent. | ) | |

**ORDER OF COURT**

       **AND NOW**, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$4.051.74** for services rendered on behalf of the Debtor for the period between October 14, 2023 through October 6, 2025, which represents $4,020.00 in attorney fees and $31.74  in costs.

       The Chapter 13 Trustee shall pay the $4,051.74 hereby approved only to the extent that the Trustee has funds on hand to pay this administrative claim. Any amount remaining shall be paid to Applicant directly by Debtor.

Date:    October 24, 2025

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

The Clerk shall Record the total award of compensation in the amount of $11, 904.30

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-22760-GLT

Melissa A. Hoffman                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com |
| Joshua I. Goldman | on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                        User: auto                                         Page 2 of 2
Date Rcvd: Oct 24, 2025                    Form ID: pdf900                        Total Noticed: 1

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 8