# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa A. Hoffman, | : | Bankruptcy No. 20-22760-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Melissa A. Hoffman, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Document No.: 120 |
| v. | : | |
| | : | |
| No Respondents. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 4, 2025, at docket number 120, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtor: *Melissa A. Hoffman*. Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: November 5, 2025                    /s/ *Melissa A. Hoffman*
                                           ID vekGgDWfCvcGQ1GWnqeg4dig
                                           Melissa A. Hoffman, Debtor

                                           Respectfully submitted,

Dated: November 5, 2025                    /s/Brian C. Thompson
                                           Brian C. Thompson, Esquire
                                           PA ID: 91197
                                           Thompson Law Group, P.C.
                                           301 Smith Drive, Suite 6
                                           Cranberry Township, PA 16066
                                           (724) 799-8404 Telephone
                                           bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**      **vekGgDWfCvcGQ1GWnqeg4dig**
Signed by:          Melissa Ann Hoffman
Sent to email:      mhoffman202@gmail.com
IP Address:         73.174.154.12
Signed at:          Nov 5 2025, 10:54 am EST