Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Melissa A. Hoffman** | : | Case No. 20−22760−GLT |
| **nka Melissa A. Weydener** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 142 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/14/26 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this ***The 21st of November, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 142 by the Chapter 13 Trustee,

      It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)  ***On or before January 5, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***January 14, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

      */s/ Gregory L. Taddonio*
_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-22760-GLT

Melissa A. Hoffman                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 3

Date Rcvd: Nov 21, 2025                 Form ID: 604                 Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |
| 15291772 | | Capital One Bank USA NA, Richmond, VA 23285 |
| 15291792 | + | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2025 01:12:57 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:43:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:11:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291771 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2025 01:17:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 15311234 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 22 2025 01:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15291773 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:09:21 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 15295728 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:12:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15291774 | | Email/Text: bankruptcy@clearviewfcu.org | Nov 22 2025 01:18:00 | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |
| 15291775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2025 01:17:00 | Comenity Bank/New York & Company, PO Box 182125, Columbus, OH 43218-2125 |
| 15291776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2025 01:17:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15291777 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2025 01:12:55 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15291778 | | Email/Text: mrdiscen@discover.com | Nov 22 2025 01:17:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15291780 | | Email/Text: BNSFN@capitalsvcs.com | Nov 22 2025 01:17:00 | First National Credit Card CMC, 500 E 60th ST N, Sioux Falls, SD 57104 |
| 15291781 | | Email/Text: BNSFS@capitalsvcs.com | Nov 22 2025 01:17:00 | First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15291782 | + | Email/Text: EBNBKNOT@ford.com | Nov 22 2025 01:18:00 | FMC - Omaha Service Center, P.O. Box 542000, Omaha, NE 68154-8000 |

Case 20-22760-GLT   Doc 144   Filed 11/23/25   Entered 11/24/25 00:29:57   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: 604 | Total Noticed: 37 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15291779 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 22 2025 01:18:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15629377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2025 01:44:05 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15291783 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 22 2025 01:18:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 15291784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:44:57 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15291785 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2025 01:43:26 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15295251 | + | Email/PDF: cbp@omf.com | Nov 22 2025 01:09:25 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15291786 | + | Email/PDF: cbp@omf.com | Nov 22 2025 01:09:21 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15551668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:09:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15625263 | + | Email/Text: BKMAIL@planethomelending.com | Nov 22 2025 01:17:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15298432 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2025 01:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15291787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2025 01:44:59 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15291788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2025 01:43:14 | SYNCB/sams club DC, 4125 Windwar Plaza, Alpharetta, GA 30005-8738 |
| 15291789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2025 01:12:56 | Syncb/WalMart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15315389 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:43:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15292485 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:43:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15308438 | + | Email/Text: bncmail@w-legal.com | Nov 22 2025 01:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15291790 | | Email/Text: bncmail@w-legal.com | Nov 22 2025 01:17:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15291791 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 22 2025 01:18:00 | US Deptartment of Education/GLELSI, PO box 7860, Madison, WI 53707-7860 |
| 15307409 | | Email/Text: bk@villagecapital.com | Nov 22 2025 01:17:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Planet Home Lending, LLC |
| cr | | Village Capital & Investment, LLC |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 21, 2025 | Form ID: 604 | Total Noticed: 37 |

cr    *+    Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Thompson
on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com

Joshua I. Goldman
on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Maria Miksich
on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8