| Fill in this information to identify the case: |
|---|
| Debtor 1  Melissa A. Hoffman nka Melissa A. Weydener |
| Debtor 2 |
| United States Bankruptcy Court for the: Western District of Pennsylvania |
| Case number :  20-22760-GLT |

Form 4100R

# Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1: Mortgage Information**

Name of creditor:  Planet Home Lending, LLC            Court claim no.                    7
                                                       (if known):

Last 4 digits of any number you use to identify the debtor's account:  3395

Property Address:  202 Wylie Avenue
                   Strabane, PA 15363

**Part : 2  Prepetition Default Payments**

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on
    the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of
    this response is:                                                                            $0.00

**Part 3: Postpetition Mortgage Payment**

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
    Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: 2026-01-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the
    Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                                        (a) $ 0.00

    b. Total fees, charges, expenses, escrow, and costs outstanding:                   +(b) $ 0.00

    c. **Total.** Add lines a and b.

    Creditor asserts that the debtor(s) are contractually                              (c) $ **0.00**
    obligated for the postpetition payment(s) that first became
    due on:

| Debtor 1 | Melissa A. Hoffman nka Melissa A. Weydener | Case number (if known) | 20-22760-GLT |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| /s/ Joshua I. Goldman | Date | 12/1/25 |
|---|---|---|
| Signature | | |

| Print: | Joshua I. Goldman | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 6267 Old Water Oak Road, Suite 203 |
|---|---|
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520    Email    plginquiries@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In Re;

<u>Melissa A. Hoffman nka Melissa A. Weydener</u>   Case No.: 20-22760-GLT

Debtor(s)   Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on ___12/4/2025___, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Melissa A. Hoffman
202 Wylie Avenue
Strabane, PA 15363


By Electronic Mail

Attorney for Debtor
Brian C. Thompson
Thompson Law Group , PC
301 Smith Drive
Suite 6
Cranberry Township, PA 16066

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

/s/  Joshua I. Goldman
Joshua I. Goldman