## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| | : | |
| Debtor. | : | Chapter   13 |
| | : | |
| Melissa A. Hoffman, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: |
| Ford Motor Credit Company, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Creditor, | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

### <u>AFFIDAVIT</u>

I, Melissa A. Hoffman, hereby swear that the information contained in the foregoing Motion to Impose Automatic Stay is true and correct to the best of my knowledge, information and belief.  I am signing this Affidavit under penalty of perjury.


/s/ Melissa A. Hoffman                          January 15, 2026
Melissa A. Hoffman, Debtor                  Date