# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| Debtor. | : | Chapter 13 |
| Melissa A. Hoffman, | : | |
| Movant, | : | Document No.: |
| v. | : | Related to Document No.: |
| Ford Motor Credit Company, LLC, | : | **Hearing Date and Time:** |
| Creditor, | : | January 22, 2026 at 2:30 p.m. |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, hereby certify that a copy of the Order Setting Hearing together with Emergency Motion to Impose Automatic Stay, Affidavit, and Proposed Order were served on January 15, 2026, by fax and/or email on the interested parties on the attached mailing matrix as indicated below:

Bank of America
Card_bankruptcy_poc@bofa.com

Capital One Bank
POC_AIS@americaninfosource.com

Clearview Federal Credit Union
dcable@clearviewfcu.org

One Main
CBP@OneMainFinancial.com

Quantum3 Group, LLC
claims@quantum3group.com

TD Bank USA, N.A.

bncmail@w-legal.com

Portfolio Recovery Associates, LLC
Claims_RMSC@PRAGroup.com

Planet Home Lending, LLC
dcarlon@kmllawgroup.com
josh.goldman@padgettlawgroup.com

Village Capital & Investment, LLC
dcarlon@kmllawgroup.com
mmiksich@kmllawgroup.com

Ford Motor Credit Company, LLC
gmasterson@weltman.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Office of the Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com


Dated: January 15, 2026                          /s/ Matthew Gillespie
                                                                          Matthew Gillespie, Paralegal
                                                                          Thompson Law Group, P.C.
                                                                          301 Smith Drive
                                                                          Suite 6
                                                                          Cranberry Township, PA 16066
                                                                          (724) 799-8404 Telephone
                                                                          (724) 799-8409 Facsimile
                                                                          mgillespie@thompsonattorney.com