Form 611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Melissa A. Hoffman** | : | Case No. 20−22760−GLT |
| **nka Melissa A. Weydener** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Melissa A. Hoffman | : | |
| *Movant(s),* | : | Related to Doc. No. 155 |
| | : | |
| v. | : | Hearing Date: 1/22/26 at 02:30 PM |
| Ford Motor Credit Company, LLC | : | Response Date: 1/21/26 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Emergency Motion to Impose The Automatic Stay Pursuant as Injunctive Relief Pursant to 105(a) has been filed in the above−referenced case by the Debtor .

      (1)  An in−person hearing will be held on **January 22, 2026 at 02:30 PM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's **General Procedures.**

Register here:
(http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information).

General Procedures: (http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (2)  Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before **January 21, 2026 at 12:00 PM**.

      (3)  A courtesy copy of all responses shall be delivered to chambers with the filing.

      (4)  Service shall be made as directed below.  A certificate of service shall be filed with the Clerk immediately.

Dated: January 15, 2026

cm: Debtor
    Brian C. Thompson, Esq.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22760-GLT |
| Melissa A. Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 15, 2026 | Form ID: 611 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com |
| Joshua I. Goldman | on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 15, 2026 | Form ID: 611 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9