# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| Debtor. | : | Chapter 13 |
| Melissa A. Hoffman, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: 155, 158 |
| Ford Motor Credit Company, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Creditor, | : | January 22, 2026 at 2:30 p.m. |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO IMPOSE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 15, 2026, at Document No. 155 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 158, Objections were to be filed and served no later than January 21, 2026 at 12:00 p.m.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 155 be entered by the Court.

Date: January 21, 2026

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile

bthompson@thompsonattorney.com