FILED
1/22/26 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| Debtor. | : | Chapter 13 |
| Melissa A. Hoffman, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| Ford Motor Credit Company, LLC, | : | Related to Document No.: 155 & 163 |
| Creditor, | : | **Hearing Date and Time:** January 22, 2026 at 2:30 p.m. |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

**ORDER OF COURT**

AND NOW, this _____ 22nd Day of January 2026, upon consideration of Debtor's Motion to Continue Hearing on Motion to Impose Automatic Stay, it is hereby ORDERED that the hearing on the Motion to Impose Automatic Stay scheduled for January 22, 2026 is continued until February 11, 2025 at 10:30 AM via P01 Courtroom A, 54th Floor, U.S. Tower, Pittsburgh.

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22760-GLT |
| Melissa A. Hoffman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 00:41:17 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Jan 22, 2026  Form ID: pdf900  Total Noticed: 2

Denise Carlon
    on behalf of Creditor Planet Home Lending LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com, gmasterson@weltman.com

Joshua I. Goldman
    on behalf of Creditor Planet Home Lending LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Maria Miksich
    on behalf of Creditor Village Capital & Investment LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9