**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| | : | |
| Debtor. | : | Chapter  13 |
| _____ _____ | : | |
| | : | |
| Melissa A. Hoffman, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.:  155 & 163 |
| Ford Motor Credit Company, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Creditor, | : | January 22, 2026 at 2:30 p.m. |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

## AMENDED ORDER OF COURT

AND NOW, this _____ 22nd Day of January              2026, upon consideration of

Debtor's Motion to Continue Hearing on Motion to Impose Automatic Stay, it is hereby

ORDERED that the hearing on the Motion to Impose Automatic Stay scheduled for January 22,

2026 is continued until  February 11, 2026  at 10:30 AM via P01 Courtroom A, 54th Floor, U.S.

Tower, Pittsburgh.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-22760-GLT

Melissa A. Hoffman                                                  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 00:41:12 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

Denise Carlon

on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com

Denise Carlon

on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson

on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com

Joshua I. Goldman

on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com,
bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Maria Miksich

on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9