**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/25/26 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re:  Melissa A. Hoffman, | : | Case No. 20-22760-GLT |
| | : | |
| Debtor. | : | Chapter   13 |
| _____ | : | |
| | : | |
| Melissa A. Hoffman, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: 155 & 171 |
| Ford Motor Credit Company, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Creditor, | : | March 11, 2026 at 10:30 a.m. |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this ___ 25th Day of February _____, 2026, upon consideration

of the Stipulation and Proposed Order,  it is hereby ORDERED, ADJUDGED and DECREED

that the Stipulation and Agreed Order filed under Certifictaion of Counsel at Docket No. 171 is

hereby granted.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-22760-GLT |
|---|---|
| Melissa A. Hoffman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melissa A. Hoffman, 202 Wylie Avenue, Strabane, PA 15363 |
| 15291772 | | Capital One Bank USA NA, Richmond, VA 23285 |
| 15291792 | + | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:25 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15291771 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 26 2026 00:17:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 15311234 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 26 2026 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15291773 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:13 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285 |
| 15295728 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15291774 | | Email/Text: bankruptcy@clearviewfcu.org | Feb 26 2026 00:17:00 | Clearview FCU, 8805 University Boulevard, Coraopolis, PA 15108-2580 |
| 15291775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:17:00 | Comenity Bank/New York & Company, PO Box 182125, Columbus, OH 43218-2125 |
| 15291776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:17:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15291777 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2026 00:30:15 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15291778 | | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15291780 | | Email/Text: BNSFN@capitalsvcs.com | Feb 26 2026 00:17:00 | First National Credit Card CMC, 500 E 60th ST N, Sioux Falls, SD 57104 |
| 15291781 | | Email/Text: BNSFS@capitalsvcs.com | Feb 26 2026 00:17:00 | First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15291782 | + | Email/Text: EBNBKNOT@ford.com | Feb 26 2026 00:18:00 | FMC - Omaha Service Center, P.O. Box 542000, Omaha, NE 68154-8000 |

| 15291779 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 26 2026 00:18:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15629377 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:14 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15291783 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 26 2026 00:18:00 | Indigo-Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 15291784 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:01 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15291785 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 00:30:23 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15295251 | + Email/PDF: cbp@omf.com | Feb 26 2026 00:30:12 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15291786 | + Email/PDF: cbp@omf.com | Feb 26 2026 00:30:12 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15551668 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15625263 | + Email/Text: BKMAIL@planethomelending.com | Feb 26 2026 00:17:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15298432 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15291787 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:22 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15291788 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | SYNCB/sams club DC, 4125 Windwar Plaza, Alpharetta, GA 30005-8738 |
| 15291789 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:00 | Syncb/WalMart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15315389 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15292485 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15308438 | + Email/Text: bncmail@w-legal.com | Feb 26 2026 00:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15291790 | Email/Text: bncmail@w-legal.com | Feb 26 2026 00:17:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15291791 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 26 2026 00:17:00 | US Deptartment of Education/GLELSI, PO box 7860, Madison, WI 53707-7860 |
| 15307409 | Email/Text: bk@villagecapital.com | Feb 26 2026 00:17:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | Planet Home Lending, LLC |
| cr | | Village Capital & Investment, LLC |

District/off: 0315-2        User: auto        Page 3 of 3

Date Rcvd: Feb 25, 2026        Form ID: pdf900        Total Noticed: 37

cr        *+        Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C. Thompson | on behalf of Plaintiff Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Melissa A. Hoffman bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com |
| Joshua I. Goldman | on behalf of Creditor Planet Home Lending  LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Maria Miksich | on behalf of Creditor Village Capital & Investment  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9