# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Melissa A. Hoffman**<br>　　　　　　　　　　**Debtor**<br><br>**Village Capital & Investment LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Melissa A. Hoffman**<br>　　　　　　　　　　**Debtor**<br><br>**Ronda J. Winnecour**, **Esq.**<br>　　　　　　　　　　**Trustee** | **BK NO. 20-22760 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 18, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor
Melissa A. Hoffman
202 Wylie Avenue
Strabane, PA 15363
VIA Regular Mail

Attorney for Debtor
Brian C. Thompson, Esq.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086
VIA ECF

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service: Electronic means or first class mail.

Dated: August 18, 2022

**/s/Brian C. Nicholas, Esq.**
Brian C. Nicholas, Esq. (317240)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com